707 A.2d 509

COMMONWEALTH of Pennsylvania, Appellee,

v.

Rodney COLLINS, Appellant.

Supreme Court of Pennsylvania.

March 26, 1998.

*ORDER*

PER CURIAM

AND NOW, this 26th day of March, 1998, the Emergency Motion for Stay of Execution is granted pending final disposition by the United States Supreme Court of any timely filed petition for writ of certiorari from this Court's ruling in *Commonwealth v. Collins*, 549 Pa. 593, 702 A.2d 540 (1997).